*E-Filed 6/9/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN RICHARD MARTINEZ, | No. C 13-3973 RS (PR) |
| Plaintiff, | **ORDER GRANTING MOTION TO FILE UNDER SEAL CERTAIN DOCUMENTS;** |
| v. | |
| R.K. SWIFT, et al., | **ORDER STAYING DISCOVERY** |
| Defendants. | |

Defendants' motion to file under seal Exhibit A at AGO00001 through AGO00009 attached to the Declaration of R. Swift for an *in camera* review of such documents (Docket No. 10) is GRANTED. The documents shall remain sealed until the conclusion of this action and any appellate proceedings. After such proceedings, the documents shall remain sealed until they are destroyed in conformance with the normal records destruction policy of the United States Courts. Defendants should do the following: (1) file *under seal* a copy of the Swift Declaration with the complete exhibits; (2) file a copy of the Swift Declaration, with Exhibit A at AGO00001 through AGO00009 removed, for the public record; and (3) serve on plaintiff a copy of the Swift Declaration, with Exhibit A at AGO00001 through AGO00009 removed.

Defendants' motion to stay discovery pending resolution of their motion for summary judgment (Docket No. 18) is GRANTED. Discovery is STAYED until the Court has ruled on defendants' summary judgment motion. This order terminates Docket Nos. 10 and 18.

**IT IS SO ORDERED**.

DATED: June 9, 2014

RICHARD SEEBORG
United States District Judge