*E-Filed 11/14/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN RICHARD MARTINEZ,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>R.K. SWIFT, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 13-3973 RS (PR)<br><br>**ORDER EXTENDING TIME** |

Plaintiff's third motion to extend time to file an opposition to defendants' motions to dismiss and for summary judgment (Docket No. 25) is GRANTED. The opposition shall be filed on or before December 30, 2014. **No further extensions of time will be granted.** If plaintiff does not file his opposition by December 30, 2014, the Court will deem (1) plaintiff to have waived his right to file an opposition, and (2) the dispositive motions submitted and ready for decision.

If plaintiff files an opposition by the deadline, defendants' reply, if any, shall be filed within 15 days. The dispositive motions will be deemed submitted when defendants file their reply or when the time passes for filing a reply. The Clerk shall terminate Docket No. 25.

**IT IS SO ORDERED**.

DATED: November 14, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge